# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

No. 22-5214                                          September Term, 2023

FILED ON: SEPTEMBER 1, 2023

ADVOCATE CHRIST MEDICAL CENTER, ALSO KNOWN AS ADVOCATE CHRISTIAN HOSPITAL, ET AL.,
        APPELLANTS

v.

XAVIER BECERRA, SECRETARY, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,
        APPELLEE

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:17-cv-01519)

---

Before: HENDERSON, KATSAS and PAN, *Circuit Judges*

## J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

        FOR THE COURT:
        Mark J. Langer, Clerk

BY:  /s/

        Michael C. McGrail
        Deputy Clerk

Date: September 1, 2023

Opinion for the court filed by Circuit Judge Katsas.