# United States Court of Appeals
**For The District of Columbia Circuit**

_____

**No. 22-5214**　　　　　　　　　　　　　　**September Term, 2023**

**1:17-cv-01519-TSC**

**Filed On: October 24, 2023** [2023585]

Advocate Christ Medical Center, also known as Advocate Christian Hospital, et al.,

　　　　Appellants

　　v.

Xavier Becerra, Secretary, United States Department of Health and Human Services,

　　　　Appellee

## M A N D A T E

　　In accordance with the judgment of September 1, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　　Daniel J. Reidy
　　　　　　　　　　　　　　　　　　Deputy Clerk

Link to the judgment filed September 1, 2023