# United States Court of Appeals
District of Columbia Circuit
Washington, D.C. 20001-2866

Mark J. Langer  
Clerk

August 7, 2024

General Information  
(202) 216-7000

Scott S. Harris, Clerk  
United States Supreme Court  
One First Street, N.E.  
Washington, D.C. 20543  
**Attn: M. Altner, Assistant Clerk-Judgments**

Re: Supreme Court No. 23-715, *Advocate Christ Medical Center, et al. v. Xavier Becerra, Secretary of Health and Human Services* (Court of Appeals No. 22-5214)

Dear Mr. Harris:

Pursuant to your recent request, a copy of this court's docket and the oral argument transcript are attached to this email. I also have contacted the Clerk, United States District Court for the District of Columbia, concerning transmittal of that court's record.

Kindly acknowledge receipt of this letter, the copy of the docket, and the oral argument transcript.

Very truly yours,

*Alison E. Grossman*

Alison E. Grossman  
Special Counsel

cc: All counsel