# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

ADVOCATE CHRIST MEDICAL CENTER, *et al.*,

      Appellants,

v.                                                                    No. 22-5214

XAVIER BECERRA, *Secretary,*
*U. S. Dept. of Health and Human Services,*

      Appellee.

---

## Rule 26.1 Disclosure Statement

---

Pursuant to Fed. R. App. P. 26.1 and Circuit Rule 26.1, Appellants, by and through their undersigned counsel, certify that the following parent companies or publicly held companies have a 10 percent or greater ownership interest in the below-identified Appellant entities. Insofar as relevant to the litigation, Appellants are Medicare-participating hospitals.

a. *Appellants:* Andalusia Health, Ashley Regional Medical Center, Castleview Hospital, Clark Memorial Hospital, Havasu Regional Medical Center, Jackson Purchase Medical Center, Lake Cumberland Regional Hospital, Livingston Regional Hospital, Logan Memorial Hospital, Memorial Medical Center, Palestine Regional Medical Center, Parkview Regional Hospital, Raleigh General Hospital, River Parishes Hospital, Southern Tennessee–Lawrenceburg, Southern Tennessee–Winchester, Southern Tennessee Regional Health System, Sovah Health–Danville, Sovah Health–Martinsville, Sumner Regional Medical Center, Valley View Medical Center, Vaughan Regional Medical Center, Williamette Valley Medical Center

1

        **Apollo Global Management, LLC**
        9 W. 57th Street, 43rd Floor, New York, NY 10019

b.     *Appellants:* HCA Florida Putnam Hospital, Parkridge West Hospital

        **HCA Healthcare, Inc.**
        1 Park Plaza, Nashville, TN 37203-6527

c.     *Appellant:* North Georgia Medical Center

        **SunLink Health Systems, Inc.**
        900 Circle 75 Pkwy. 690, Atlanta, GA 30339

d.     *Appellants*: La Porte Hospital, Starke Hospital

        **Community Health Systems, Inc.**
        4000 Meridian Blvd., Franklin, Tennessee 37067

e.     *Remaining Appellants have no publicly-traded parent or grandparent corporations, nor does any publicly-held corporation have at least a 10% ownership interest in the Appellant.*

        Respectfully submitted,

        HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.
        *Attorneys for Appellants*

        By:    /s/ Daniel F. Miller
                 Daniel F. Miller
                 Sara Jean MacCarthy
                 Heather D. Mogden
                 330 East Kilbourn Avenue, Suite 1250
                 Milwaukee, WI 53202
                 Ph: (414) 721-0442
                 Fax: (414) 721-0491
                 dmiller@hallrender.com
                 smaccarthy@hallrender.com
                 hmogden@hallrender.com