IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

ADVOCATE CHRIST MEDICAL CENTER,
 et al.,

    Appellants,

             v.

XAVIER BECERRA, Secretary, U.S.
 Department of Health and Human Services,

    Appellee.

No. 22-5214

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Counsel for the Department of Justice certify the following:

A. <u>Parties and Amici</u>

    The plaintiffs in district court and appellants in this Court are listed in appellants' certificate of parties, filed in this Court on September 9, 2022.

    Xavier Becerra, in his official capacity as Secretary of the U.S. Department of Health and Human Services (Secretary), was the defendant before the district court and appears as appellee before this Court.

    No intervenors or amici appeared in the district court proceedings.

B. <u>Ruling Under Review</u>

The ruling under review is the June 8, 2022 order (Dkt. 42) and memorandum opinion (Dkt. 41) of the district court (Chutkan, J.), in *Advocate Christ Med. Ctr. v. Becerra*, D.D.C. No. 17-1519, 2022 WL 2064830 (D.D.C. June 8, 2022).

C.  <u>Related Cases</u>

This case has not previously been before this Court.  The following are pending related cases:

*Andalusia Health v. Azar*, 18-cv-01756-TSC (D.D.C.)

*Advocate Christ Med. Ctr. v. Azar*, 1:20-cv-00199-TSC (D.D.C.)

*Community Hosp. East v. Azar*, 1:20-cv-00891-TSC (D.D.C.)

*Christus Goodshepherd Med. Ctr. Longview v. Azar*, 1:20-cv-01413-TSC (D.D.C.)

*Aultman Hospital v. Becerra*, 1:21-cv-00332-TSC (D.D.C.)

*Advocate Christ Med. Ctr. v. Becerra*, 1:21-cv-2148-TSC (D.D.C.)

*Ascension Saint Thomas Highland Hosp. v. Becerra*, 1:21-cv-02453-TSC (D.D.C.)

*Baxter Regional Med. Ctr. et al v. Becerra*, 1:21-cv-3091-TSC (D.D.C.)

*Anderson Hosp. v. Becerra*, 1:22-cv-00219-TSC (D.D.C.)

*Lovelace Med. Ctr. v. Becerra*, 22-cv-01623-TSC (DDC) ,

*Baylor Univ. Med. Ctr. v. Becerra*, 22-cv-01678-TSC (DDC).

*Kings Mtn. Hosp. v. Becerra*, 22-cv-01582-TSC (DDC)

Respectfully submitted,

MARK B. STERN
(202) 514-5089
  s/Stephanie R. Marcus
STEPHANIE R. MARCUS
(202) 514-1633
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave., NW
  Washington, DC  20530

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September, 2022, I electronically filed the foregoing certificate as to parties, rulings, and related cases, with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system.

I further certify that on this 12th day of September, 2022, I served the foregoing certificate as to parties, rulings, and related cases, on counsel of record for appellants via the CM/ECF system.

 /s/ Stephanie R. Marcus
Stephanie R. Marcus